UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MWASI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLANCHARD, et al.<br><br>　　　　Defendants. | Case No. 20-03127 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On May 6, 2020, Plaintiff, a California state prisoner, filed the instant *pro se*, civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"), and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. Dkt No. 3. The deadline, June 3, 2020, has passed and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 6/23/2020

EDWARD J. DAVILA
United States District Judge