UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MWASI,<br><br>  Plaintiff,<br><br>  v.<br><br>BLANCHARD, et al.<br><br>  Defendants. | Case No. 20-03127 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On May 6, 2020, Plaintiff, a California state prisoner, filed the instant *pro se*, civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"), and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. Dkt No. 3. On June 23, 2020, the Court dismissed this action as an IFP was not filed. Dkt. No. 4. On July 14, 2020, Plaintiff filed a motion to reopen the case, Dkt. No. 6, which the Court granted on September 8, 2020. Dkt. No. 8. The Court reopened the case and granted Plaintiff an extension of time to file a complete IFP application, i.e., no later than twenty-eight (28) days from the filing date of the order. Id. The deadline passed on October 6, 2020, and Plaintiff did not file an IFP application or pay the filing fee. There has been no further communication from Plaintiff in this matter.

ORDER OF DISMISSAL
P:\PRO-SE\EJD\CR.20\3127(2).Mwasi_dism-ifp.docx

Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 10/26/2020

_____
EDWARD J. DAVILA
United States District Judge